157 A.3d 820

**RINGGOLD**

v.

**JOHNS HOPKINS HOSPITAL**

**Pet. Docket No. 610, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

(No. 24–C–14–004810, Circuit Court for Baltimore City).

Petition for writ of certiorari dismissed

■

157 A.3d 820

**SALIM, et al.**

v.

**SMITH**

**Pet. Docket No. 604, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2119, Sept. Term, 2013).

Petition for writ of certiorari denied